

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00287-CR

| | | |
|---|---|---|
| RICKEY WAYNE EDWARDS, Appellant | § | On Appeal from Criminal District Court |
| | § | No. 2 |
| V. | § | of Tarrant County (1791140) |
| | § | November 14, 2024 |
| | § | Memorandum Opinion by Justice Gabriel |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment is modified to accurately reflect that the "Plea to the Offense" was not guilty. It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By: /s/ Lee Gabriel
       Justice Lee Gabriel